ISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 85-489-RGS

UNITED STATES OF AMERICA

v.

METROPOLITAN DISTRICT COMMISSION, et al.


CIVIL ACTION NO. 83-1614-RGS

CONSERVATION LAW FOUNDATION
OF NEW ENGLAND, INC.

v.

METROPOLITAN DISTRICT COMMISSION


<u>SCHEDULE SEVEN COMPLIANCE ORDER NUMBER 251</u>

May 20, 2022

STEARNS, D.J.

On April 29, 2022, the Massachusetts Water Resources Authority (MWRA) submitted its Annual Report for the Calendar Year 2021. As had been previously noted by the court in its February 18, 2022 Compliance Order Number 250, the December 30, 2021 filing of the *Final Combined Sewer Overflow Post Construction Monitoring Program and Performance Assessment Report* satisfied the last of the Schedule Seven Compliance Milestones then in place. In Compliance Order 250, the court approved a

six-part framework amendment to Schedule Seven proposed by the parties. The amendment essentially extended Schedule Seven for three years to permit planned improvements to bring six outfalls into compliance that had not achieved expected performance levels and to investigate the remaining ten outfalls that the MWRA deemed problematic.  There is no need for the court to repeat its previous observations about either the impressive results achieved by the Long-Term Control Plan (LTCP) in reducing untreated Combined Sewage Overflow (CSO) discharges in a Typical Year.[1] Nor is there a need to rehearse again the difficulties encountered with the ten problem outfalls other than to note that the MWRA, working with the Boston Water and Sewer Commission, is optimistic that appropriate solutions for performance issues will be found for at least BOS017 in Charlestown, and BOS062, BOS065, and BOS070 on the Fort Point Channel.

Rather, focusing on developments during the last four months (apart from the negotiations discussed in Compliance Order 250 that led to the amendment of Schedule Seven), the court notes the commendable efforts being made by the MWRA to work with and solicit the views of affected Town officials and interested watershed advocacy groups.  It also appreciates and

---

[1] The court acknowledges that calendar year 2021 did not fit the profile of a Typical Year given an atypical number of extreme rain events, particularly during the summer months.

encourages the efforts being made to find economically feasible engineering solutions to problems at the six incorrigible (for the time being) outfalls. The court is confident that the MWRA's efforts will ultimately prove successful in optimizing their performance.

## ORDER

The MWRA will submit its next Compliance Report in accordance with the revised schedule. The court retains the right to order interim reports with respect to work being performed on specific outfalls as the year progresses.

SO ORDERED.

\_\_\_/s/ Richard G. Stearns_____
UNITED STATES DISTRICT JUDGE