UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>METROPOLITAN DISTRICT COMMISSION, et al.,<br><br>   Defendants. | C.A. No. 85-0489-RGS |
| CONSERVATION LAW FOUNDATION OF NEW ENGLAND, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>METROPOLITAN DISTRICT COMMISSION, et al.,<br><br>   Defendants. | C.A. No. 83-1614-RGS |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF STEPHEN ANDERSON
AS COUNSEL FOR INTERESTED PARTY CITY OF CAMBRIDGE**

Pursuant to L.R. 83.5.2(c)(1), the undersigned attorney of record herein for Interested Party City of Cambridge ("Cambridge"), hereby withdraws his appearance for Cambridge. The undersigned notes that this Notice of Withdrawal has been in connection with the appearance of George E. Olson, as counsel for Cambridge herein; that as to the City's involvement, no contested motion is pending in these cases, that no trial date or evidentiary hearing has been set herein, and that no written or oral reports are currently due to the Court.

/s/ Stephen D. Anderson
Stephen D. Anderson, BBO #018700
ANDERSON & KREIGER LLP
50 Milk Street, 21st Floor
Boston, MA 02109
(617) 621-6500
sanderson@andersonkreiger.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of this document, which was filed via First Class Mail, will be also be sent by First Class Mail to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 29, 2025.

/s/ Stephen D. Anderson
Stephen D. Anderson

Dated: January 29, 2025